IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC, | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV17 |
| v. | ) ) | |
| RUSSELL G. HILLIARD, ELIZABETH T. HILLIARD, KARYN HILLIARD, KARYN HILLIARD REVOCABLE TRUST and STUART GILBERTSON, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter having been transferred to the District of Nebraska from the Southern District of New York,

      IT IS ORDERED that the parties shall file a joint report on or before February 2, 2007, as to the status of the arbitration, and if this matter is presently in arbitration, does either party have an objection to an order staying this action pending the outcome of the arbitration proceeding.  If so, such party shall file a brief setting forth such objection and the reasons therefor.

      DATED this 16th day of January, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court