IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CREDIT SUISSE SECURITIES      )
(USA) LLC,                    )
                              )
          Plaintiff,          )        8:07CV17
                              )
     v.                       )
                              )
RUSSELL G. HILLIARD,          )        ORDER
ELIZABETH T. HILLIARD, KARYN  )
HILLIARD, KARYN HILLIARD      )
REVOCABLE TRUST and STUART    )
GILBERTSON,                   )
                              )
          Defendants.         )
_____)
```

This matter having been transferred to the District of Nebraska from the Southern District of New York,

IT IS ORDERED that the parties shall file a joint report on or before February 2, 2007, as to the status of the arbitration, and if this matter is presently in arbitration, does either party have an objection to an order staying this action pending the outcome of the arbitration proceeding.  If so, such party shall file a brief setting forth such objection and the reasons therefor.

DATED this 16th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court