IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV17 |
| vs. | ) | |
| | ) | ORDER |
| RUSSELL G. HILLIARD, ELIZABETH T. HILLIARD, KARYN HILLIARD, KARYN HILLIARD REVOCABLE TRUST and STUART GILBERTSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the magistrate judge for full pretrial supervision. The court is advised that on March 1, 2007, the Second Circuit Court of Appeals denied the petition of Credit Suisse Securities, LLC ("Credit Suisse") for a writ of mandamus. Consequently, the motions of Credit Suisse that this matter be stayed pending the Second Circuit's ruling will be denied as moot.

    The following motions are now pending:

| | |
|---|---|
| 14 | Defendants' Motion to Compel Arbitration |
| 50 | Defendants' Motion to Compel Rule 26(a) Disclosures |

It appears that the motions have been fully briefed, and the court finds that defendants' request for oral argument should be granted.

    **IT IS ORDERED:**

    1. The Motions for Stay filed by Credit Suisse (Filings [38] and [55]) are denied as moot.

    2. Defendants' Motion to Compel Arbitration [14] and Motion to Compel Rule 26(a) Disclosures [50] are set for hearing on **Monday, March 19, 2007 at 9:00 a.m.** in Courtroom No. 6, second floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties should also be prepared to discuss any other matters that will affect the scheduling of the case to trial. Counsel shall contact chambers at 402-661-7340 at least two business days before the hearing if they wish to participate by telephone.

    **DATED March 5, 2007.**

                                                   **BY THE COURT:**

                                                 s/ F.A. Gossett
                                                 **United States Magistrate Judge**