IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RUSSELL G. HILLIARD, ELIZABETH T. )<br>HILLIARD, KARYN HILLIARD, )<br>KARYN HILLIARD REVOCABLE )<br>TRUST, and STUART GILBERTSON, )<br>)<br>Defendant. ) | Case No. 8:07CV17<br><br>**ORDER** |

Upon joint notice from the parties of settlement (Filing No. 85),

**IT IS ORDERED:**

1. On or before **March 10, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 12th day of February 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge