IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CREDIT SUISSE SECURITIES (USA) LLC,** | **CASE NO. 8:07CV17** |
| **Plaintiffs,** | |
| v. | **ORDER** |
| **RUSSELL G. HILLIARD, ELIZABETH T. HILLIARD, KARYN HILLIARD, KARYN HILLIARD REVOCABLE TRUST, and STUART GILBERTSON,** | |
| **Defendants.** | |

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No 88). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court finds that the action should be dismissed. Accordingly,

IT IS ORDERED:

1. The Joint Motion to Dismiss (Filing No. 88) is granted;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 3rd day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge